UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:  Case No.: 1-17-10893-CLB

Chapter: 13

Jamielee M. Pellum-Skinner
*fka* Jamielee M. Frary

Debtor.  ORDER CONDITIONALLY
MODIFYING AUTOMATIC STAY

WHEREAS, Seterus, Inc., as servicer for Federal National Mortgage Association ("FNMA",) ("Movant"), by it's attorney's, Fein, Such & Crane, LLP, having duly applied for an Order granting Movant relief from the automatic stay for purposes of foreclosing its security interest in the collateral described as 39 Putnam Road, Cassadaga, NY 14718, (the "Property",) and said application having regularly come to be heard, and Jamielee M. Pellum-Skinner *fka* Jamielee M. Frary, ("Debtor"), by counsel Scott F. Humble, Esq, wish to stipulate to a repayment plan so as to afford the Debtor an opportunity to cure post-petition arrears, it is hereby;

**ORDERED**, that the Debtor is to make past due post-petition payments for the months of April 1, 2018 through and including September 1, 2018 2018 in the amount of $1,465.43; reasonable attorney's fees in the amount of $531.00; less a suspense balance of $225.31 (subtracted), for a total amount due of $1,996.43

Payments are to be made in six (6) installments as follows on or before March 15, 2019

Arrears are broken down as follows:

3 Past Due Post Petition Payments (04/01/2018 – 6/01/2018) @ $277.58 per month = $832.74

3 Past Due Post Petition Payments (07/01/2018 - 09/01/2018) @ $286.00 per month = $858.00

| | |
|---|---|
| Reasonable Attorney's Fees | = $531.00 |
| Suspense (subtracted) | = ($225.31) |
| Total | = $1,996.43 |

Arrears are to be paid as follows:

| Amount | Due Date |
|---|---|
| $332.78 | October 15, 2018 |
| $332.73 | November 15, 2018 |
| $332.73 | December 15, 2018 |
| $332.73 | January 15, 2019 |
| $332.73 | February 15, 2019 |
| $332.73 | March 15, 2019 |

Said payments shall be in the form of certified funds and mailed to:

Seterus, Inc.
PO Box 1047
Hartford, CT 06143

**AND IT IS FURTHER ORDERED**, that the Debtor shall commence making the regular monthly post-petition mortgage payment in the amount of $286.00 or such other amount as may be advised in writing, to Movant, commencing October 1, 2018 so that the payment is received as required under the terms of the Note;

**AND IT IS FURTHER ORDERED**, that the automatic stay pursuant to 11 U.S.C. 362(d)(1) as it relates to the Debtor, shall be modified to permit Movant to commence or continue with foreclosure of it's interest in the certain Property now or formerly owned by the Debtor, located at 39 Putnam Road, Cassadaga, NY 14718 (the "Property"), unless such funds are received and are paid on or before the date provided in this Order;

**AND IT IS FURTHER ORDERED**, that in the event of default by Debtor in timely making payments specified in the preceding paragraphs, and upon a 10 day notice to cure, sent to the Debtor, Jamielee M. Pellum-Skinner *fka* Jamielee M.. Frary, and to her Attorney, Scott Humble, Esq., and upon the expiration of the ten days, if the default is not cured, relief from the

automatic stay shall be granted, without further Order from the Court, on the premises commonly known as and by 39 Putnam Road, Cassadaga, NY 14718.

**AND IT IS FURTHER ORDERED,** that the Movant notify the Trustee, Albert J. Mogavero, Esq., of surplus monies, if any, arising from said sale of Collateral

CONSTENTED AND AGREED TO BY:

_____ Dated: 9/21/18
Scott F. Humble, Esq.
Attorney for Debtor, Jamielee M. Pellum-Skinner *fka* Jamielee M. Frary

_____ Dated: 9/28/18
Mark K. Broyles, Esq.
Attorney for Movant/Seterus, Inc., as servicer for Federal National Mortgage Association ("FNMA")

*Jamielee Pellum-Skinner*
Jamielee Pellum-Skinner

Dated: OCT - 2 2018

_____
Hon. Carl L. Bucki
U.S. Bankruptcy Court Judge

FILED
OCT - 2 2018
BANKRUPTCY COURT
BUFFALO, NY